**FILED**

OCT 1 2 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

Case No. _____
(To be filled out by Clerk's Office only)

Brandon Thompson

Inmate Number 1124183

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Donald J Trump

Joe Biden

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

BRANDON E. THOMPSON
Name

1124183
Prisoner ID #

Nash Correctional Institution
Place of Detention

P.O. BOX 600, 2869 U.S. HWY 64A
Institutional Address

Nashville     N.C.     27856
City     State     Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐ Pretrial detainee   ☐ State   ☐ Federal
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

Rev. 5/2017 Prisoner Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:
Name: Donald J. Trump
Current Job Title: Former United States President
Current Work Address: 1100 South Ocean Boulevard
City: Palm Beach    State: F.L.    Zip Code: 33480

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2:
Name: Joe Biden
Current Job Title: Current United States President
Current Work Address: 1600 Pennsylvannia Avenue
City: Washington    State: D.C.    Zip Code: 20500

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Nash Correctional Institution; The White House

Date(s) of occurrence: Fall 2020

State which of your federal constitutional or federal statutory rights have been violated:

The First Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> **Who did what to you?**

Can United States citizens worship and glorify God Almighty by racially identifying as a child of God Almighty on State drivers licenses or on United States Passports?

If not,

How can there be religious freedom or the freedom to exercise that religious freedom in the United States of America?

From the beginning of 2020 United States President after United States President has been asked to allow United States citizens to worship and glorify God Almighty by racially identifying as His children on the different forms of photo identification that are provided in the United States of America. The question must be asked 'how long do United States citizens have to wait to be approved by the United States government to exercise a constitutional right that is given to all United States citizens at birth?

| | |
|---|---|
| **What happened to you?** | To provide United States citizens with the ability to exercise their constitutional right to religious freedom simply by racially identifying as children of God Almighty on United States government issued identification (drivers licenses, birth certificates and United States passports) the President of the United States simply has to decide to do so through Executive order or Executive action.<br><br>The White House has been aware of this request for this form of worship and religious freedom and the exercise thereof for quite sometime and as a result United States citizens are infact suffering substantial burdens to their religious freedom and are now being discriminated against by the United States government according to the 1964 civil rights act title 6 on the basis of race and religion. |
| **When did it happen to you?** | United States citizens incarcerated or free who desire to exercise there religious freedom by glorifying God Almighty by racially identifying as His children on the United States photo identification cards that they were given by the United States government are now being discriminated against by the White House as they are not worthy of or deserving of photo identification that displays their race as are others and are also being discriminated against by the White House as they are not worthy of or deserving of the same religious freedom to exercise their religion as are others. |
| **Where did it happen to you?** | Ensuring that the Constitution of the United States delivers the religious freedom and the exercise thereof to all United States citizens is just as important as sending billions of dollars to Ukraine, the Federal investigations surrounding January 6TH and the removal of classified documents from former United States President Donald Trumps Mar·a·lago residence. It hasnt taken years for any of these actions to be taken by the White House or the United States government.<br><br>This fact highlights the discrimination of the White House and how the current administration in the White House is consciously choosing not to grant United |

Rev. 10/2015 Prisoner Complaint

**What was your injury?**

States citizens the religious freedom and the exercise thereof to worship God Almighty the way they do, to avoid significant loses in the November midterm elections.

The Constitutional rights of United States citizens (including myself) are now being put on hold by the White House and the United States government for the political ambitions of those currently in office.

The fight against those who are said to be a threat to democracy cannot be fought by people who present themselves as champions of democracy in front of the cameras but then behind the scenes prevent the recipients of the benefits of democracy from receiving the benefits of democracy such as religious freedom.

This substantial undue burden that has been created by the last two Presidential administrations of the White house has brought me personally a significant amount of pain and suffering. I have been kept from racially identifying as a child of God Almighty (on my photo I.D.) which is who I am.

From 2020 until now I have been kept from worshipping God Almighty the way that I do by racially identifying as a child of God Almighty while every other race in the United States of America is allowed to racially identify as who they are and are also allowed to worship the way they do.

I have been kept from doing so by the government of the country that I was born in.

That same government - the United States government continues to prevent me from doing so. While on the otherhand the members of the LGBTQ+ community are able to adjust or change their United States government issued photo identification to agree with who they are and how they identify themselves. The LGBTQ+ community has received the approval of the White House to do so. The children of God Almighty have not.

Page 7 of 10

Case 5:22-ct-03373-FL   Document 1   Filed 10/12/22   Page 6 of 18

United States President Joe Biden said in his inaugeral address to the nation, "we have to stop disliking those who do not worship the way we do." I am not Catholic. He is. The way that I worship God Almighty is by racially identifying as His child.

When I do so the race I was given at birth by the United States government becomes invalid and incorrect and it causes my photo I.D. to display incorrect information.

Every other United States citizen is allowed by the United States government to possess accurate photo identification that displays accurate information about themselves.

I believe that because my request for this form of religious exercise through the religious freedom that I have as a United States citizen, causes the Democrats to possibly lose in the November mid term elections and also in their fight for the soul of America — the White House chooses not to involve itself in my request for this form of religious exercise.

The Constitution of the United States say nothing about the constitutional right to religious freedom being subject to the political agendas or ambitions of a political party yet this is the reality of my situation.

It is also the reason why my request for this form of religious exercise and my religious freedom is being discarded and discriminated against by the White

8

House and the United States government.

The most pain and suffering comes from my late grandmother Viola C. Thompson who also wanted to racially identify as a child of God Almighty. She passed away on January 3 2022 and before she passed away she signed a notarized affidavit that expressed her desire to racially identify as a child of God Almighty. For her, racially identifying as a child of God Almighty was work or more specifically the work of God.
The work of God is a form of worship.

My grandmother was denied her right as a United States citizen to religious freedom - to worship God Almighty the way that she desired to by the country and the government of the nation that she paid taxes to for nearly her entire life.
I have to live with the pain of knowing that the government could have done something to honor our request and the last wish of my grandmother but chose to continue asthough we had never made the request and asthough we didn't have religious freedom.
My goal was to get those in the White House to understand that the children of God Almighty are more than something discussed on Sunday mornings.

We are a race and deserve to racially identify as such.

We have the human right to racially identify as what and who we are.

The White house however hasnt saw us - the children of God Almighty in the same light as this is evident in the actions that have been taken by the White house to ensure that the Constitution of the United States delivers on the rights that have been given to United States citizens.

During the height of the COVID-19 pandemic the White house remained mute wbout this choice to racially identify as a child of God Almighty.

Of the millions of people who passed away during the height of the pandemic im sure many would have welcomed the choice to racially identify as a child of God Almighty understanding the situation at hand and the possibility of their next breath being their last.

Those millions of people who left us didnt have the choice to glorify God Almighty by racially identifying as His children because the White house never made that choice available

The White house never made the option to glorify God Almighty on United States government issued identification available to United States citizens eventhough United States citizens have religious freedom that constitutionally the United States government has the responsibility to ensure and deliver unless religious freedom has been redefined without due process.

If glorifying God Almighty by racially identifying as a child of God Almighty on United States government issued identification does not qualify as re-

ligion freedom the White house should clarify what United States citizens can and cannot do to glorify God Almighty with their "constitutional right" to religious freedom instead of remaining mute on this issue as the White house did on our request to racially identify as children of God Almighty as my grandmother Mrs. Viola C. Thompson breathed her last breath and closed her eyes for the last time without this request being honored and approved.

The fact that the Constitution of the United States lists no specific things that cannot be done to glorify God Almighty and the White house has not published a list of specific things that cannot be done to glorify God Almighty has left United States citizens with the impression that the religious freedom granted to them through the Constitution of the United States allows them as United States citizens to worship God Almighty by racially identifying as children of God Almighty on United States government issued photo identification such as State drivers licenses and United States passports.

The failure of the White house to clarify and make it clear what United States citizens cannot do to glorify God Almighty has personally caused me a great deal of grief and a significant amount of mental anguish because the White house has been aware of this request for religious equality from 2020 until now. The White house has left my grandmother and I in a grey area. In this grey area there is a absence of religious equality and a overabundance of mental anguish. As a result the promise of religious freedom has become nothing more than a empty promise that my grandmother discovered the hard way.

11

For the mental anguish that Infowars founder Alex Jones caused the parents of a child killed in the 2012 massacre at Sandy Hook Elementary School a Texas courtroom ordered that the Conspiracy theorist pay $4.1 million dollars.

The parents' searing testimony described their lives after Alex Jones' actions as a "living hell" and a expert court witness testified that Alex Jones generated a net worth of between $130 million and $270 million dollars by leveraging the pain of others to "make a buck."

In the case at hand due to the inaction of the White house, two United States Presidents and the United States government not only were United States citizens prevented from the free exercise of their constitutional right to religious freedom but pain and suffering was also one of the outcomes of this egregious violation of United States citizens' civil rights.

I am incarcerated I acknowledge that. I am also a United States citizen. I have religious freedom through the Constitution of the United States. I am a human being and I am capable of experiencing mental anguish and grief.

I would not describe my life as a "living hell", but I do acknowledge the mental torture that came from the actions of the leadership in the White house in regards to our request for religious equality.

If I have been given a constitutional right from birth it should not be this difficult to access those rights but I (and my grandmother) have

Case 5:22-at-02373-HSL Document 1 Filed 10/12/22 Page 11 of 18

been discriminated against and marginalized in exchange for political gain.

We have been and are being discriminated against by the leadership of the White house during the last two presidential administrations and the United States government because no other group of United States citizens are prevented from exercising their religious freedom the way that they do or from racially identifying as who they are and as the race they are.

Conspiracy theorist Alex Jones received monetary gains from the actions that he took.

The White house (and the leadership of) on two separate occasions by both political parties received political gains for the actions that they both consciously avoided taking.

I am no ones political pawn and neither is my grandmother. If we as United States citizens have religious freedom give us our religious freedom even if it comes at the price of the United States government breaking the monopoly that the religion of Christianity has over those who are born again through belief in the name of Jesus Christ.

The White house (and its current leadership) has no right to leverage the pain of others (including myself) to ensure the likelihood of success during mid term elections

Our religious request may be political suicide before mid term elections and political parties may lose voters by honoring our request for religious equality but there is no law that says requests for religious freedom cannot be approved until after mid term elections and the Constitution of the United States says nothing about constitutional rights yielding to politics.

United States constitutional rights were created with the intention to flow uninterrupted to the United States citizen, but the constitutional right to religious freedom has been placed on pause by the White house on two separate occasions by two separate political parties. I have included the certified mail receipts from the requests being sent to the White house and my grandmothers affidavit.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☐ Yes  ☒ No
  If no, explain why not:

This is not about prison conditions. I have exhausted all available remedies by appealing to these offices and individuals who alone have the power to grant the requests being made.

Is the grievance process completed?  ☐ Yes  ☐ No
  If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Wherefore, the Plaintiff respectfully moves the Federal Court to Order the President of the United States Joe Biden to approve or to deny if United States citizens can glorify God Almighty by racially identifying as a child of God Almighty on United States government issued identification (drivers license, birth certificates and United States passports) so United States citizens can know if United States citizens can worship and glorify God Almighty by racially identifying as children of God Almighty on State drivers licenses and United States passports in the space

that is designated for and used to display the race of every other United States citizen or not and so United States citizens can understand the limits on religious freedom and from now on receive the full benefit of the religious freedom provided by the Constitution of the United States instead of benefits that have never existed

The Plaintiff additionally requests and moves the Federal Court to Order the White house (i.e. the United States government) to release to the public and to all United States citizens what cannot be done by United States citizens to worship and glorify God Almighty to eliminate any future confusion surrounding what religious freedoms United States citizens do actually have.

The Plaintiff's grandmothers last wish was to racially identify as a child of God Almighty on her State drivers license because that is what she was - a child of God Almighty.

Because of the Plaintiff's role in this request being made of the White house on two separate occasions and the United States governments failure to honor this simple request for religious freedom and equality that United States citizens are suppose to already have via the Constitution of the United States, the result is the mental anguish and grief that the plaintiff now suffers and will live the rest of his life with, which is the reason why the Plaintiff requests that the Federal Court to Order that the Plaintiff be compensated for the pain and suffer

ing by the United States government and the defendants listed for the sum total of $5 million dollars.

More specifically, the Plaintiff is making this request because of United States governments role in his grandmothers passing away without her last wish being granted by the only people with the power to do so... the United States government which was unwilling to honor the commitment and agreement that has been made with every United States citizen through the Constitution of the United States to ensure and deliver on it's constitutional promises and obligations.

Rev. 10/2015 Prisoner Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? __2__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Thompson v Executive Branch of the United States case # 5:20-CT-3294-BO
The Executive Office of the President, former President Donald J. Trump, former Vice President Mike R. Pence, the State of North Carolina, North Carolina Governor Roy Cooper, and former Lieutenant Governor of North Carolina Dan Forrest.
- Civil rights violations / Constitutional rights violations / Religious freedom and the exercise thereof.
- Dismissed

Thompson v Executive Branch of the United States case # 5:22-CT-03221-FL
The Executive Office of the President, United States President Joe Biden, United States Vice President Kamala Harris, the State of North Carolina, North Carolina Governor Roy Cooper and Lieutenant Governor Mark Robinson.
- Civil rights violations / Constitutional rights violations / Religious freedom and the exercise thereof.
- Still pending

Page 9 of 10

Case 5:22-ct-03373-FL    Document 1    Filed 10/12/22    Page 17 of 18

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/27/22
Dated

Brandon Thompson
Plaintiff's Signature

BRANDON E. THOMPSON
Printed Name

1124183
Prison Identification #

NASH CORRECTION, 2849 U.S. HWY 64-A   NASHVILLE   N.C.   27856
Prison Address                          City         State   Zip Code

Pursuant to 28 USC § 1746 and my signature below,

I declare under penalty of perjury that the herein above statements are true and correct.

/a/ Nash C.I. / P.O. BOX 600
Nashville, N.C. 27856

/s/ Brandon Key

Signed before me this 27 day of September 2022
Notary Public: JoAnn Mason
Expires: 02-29-2024

Jo-Ann Mason
NOTARY PUBLIC
Nash County, North Carolina